FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 2 2 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| OSCAR STILLEY | PLAINTIFF |
| V.    Case No. 4:23-CV-773-JM | |
| DONALD J. TRUMP, ET AL | DEFENDANTS |

## PLAINTIFF'S MOTION FOR ELECTRONIC FILING PRIVILEGES

Comes now Plaintiff Oscar Stilley (Stilley) and for motion for CM/ECF electronic case filing privileges states:

1. Stilley was a licensed Arkansas attorney for some 19 years. During the latter part of this time period Stilley practiced extensively in federal courts.

2. Stilley almost always filed electronically using CM/ECF (Case Management/Electronic Case Filing).

3. As an attorney Stilley filed pleadings electronically in various district courts using CM/ECF, for many years prior to his disbarment.

4. Stilley within the past 3 years has had electronic filing privileges in various other courts, generally for specific cases only where Stilley is litigating pro se. Such jurisdictions include the 5th, 7th, and 10th Circuits, the Northern and Western Districts of Oklahoma, the Northern District of Illinois, and the Western District of Texas. Stilley has also filed electronically

1

in Texas state courts. Stilley has responsibly exercised such privileges both as plaintiff and as defendant, and both as appellant and appellee.

5. Stilley currently files pleadings electronically on a regular basis.

6. Electronic pleadings are clear, compact, and searchable, and furthermore allow the use of helpful links.

7. Stilley is careful to learn and follow applicable court rules to the best of his abilities. Stilley exerts reasonable efforts to make his filings user friendly.

8. The relief sought will reduce the administrative burden on court clerk staff.

9. CM/ECF administrators have anticipated pro se electronic filers, and have implemented suitable means to allow court personnel to efficiently activate CM/ECF filing privileges for a pro se litigant.

10. This litigation involves elections and ballot access. This litigation is extremely time sensitive, involving the front-runner in the Republican primary as a defendant.

11. Undue delay is likely to be prejudicial to all parties to this litigation and to other candidates in the Republican primary.

12. Undue delay is likely to be prejudicial to qualified voters, who reasonably expect such disputes to be resolved as early as is reasonably practicable.

13.     Stilley therefore requests permission to file electronically in this court, for this case only or for any case in which Stilley may be a party, as the Court deems appropriate.

WHEREFORE, Stilley respectfully requests that this Court direct the Clerk to provide Stilley with CM/ECF filing privileges and instructions for their activation; and for such other and further relief as may be appropriate, whether or not specifically requested.

Respectfully submitted,

By: /s/ Oscar Stilley                    August 21, 2023
Oscar Stilley                            Date
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com