IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OSCAR STILLEY**                                                                                  **PLAINTIFF**

**VS.**                                **CASE NO. 4:23-CV-773 JM**

**DONALD TRUMP,** *et al.*                                                      **DEFENDANTS**

## ORDER

Pro se Plaintiff Oscar Stilley's motion for electronic filing privileges (Doc. 2) is DENIED. The CM/ECF Administrative Policies and Procedures Manuel for Civil Filings for the Eastern District of Arkansas limits electronic filing privileges to attorneys admitted to the Bar of this Court.

IT IS SO ORDERED this 23rd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE