# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**OSCAR STILLEY**                                                                                      **PLAINTIFF**

v.                                              **Case No. 4:23-cv-773-JM**

**DONALD TRUMP,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Oscar Stilley paid the filing fee and initiated this *pro se* lawsuit on August 22, 2023. (Doc. 1). Summonses were issued and returned to him so that he could effectuate good service. *Id*. Federal Rules of Civil Procedure 4(m) provides for dismissal if service is not achieved within 90 days of the filing of the complaint. Here, that would be November 21, 2023. Mr. Stilley is directed to file, within 14 days, either the proof of service required under Fed. R. Civ. P. 4(l) or a motion for time to extend service explaining why process has not been served. If Mr. Stilley does not do one or the other by Thursday, December 14, 2023, the case will be dismissed for lack of service.

IT IS SO ORDERED this 30th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE