# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**OSCAR STILLEY**                                                                            **PLAINTIFF**

**v.**                             **Case No. 4:23-cv-773-JM**

**DONALD TRUMP,** *et al.*                                                          **DEFENDANTS**

## ORDER

Pursuant to Oscar Stilley's notice of voluntary nonsuit (Doc. 5), this case is dismissed without prejudice. The clerk is directed to close the case.

IT IS SO ORDERED this 7th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE